*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  September 24, 2015                520434
_____

In the Matter of the Claim of
    ANGEL DAVILA,
                        Appellant.
                                        MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                        Respondent.
_____

Calendar Date:  August 10, 2015

Before:  Peters, P.J., McCarthy, Rose and Devine, JJ.

_____

        Queens Legal Services, Jamaica (Cindy R. Katz of counsel),
for appellant.

        Eric T. Schneiderman, Attorney General, Albany (Marjorie S.
Leff of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed April 28, 2014, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because his employment was terminated due to misconduct.

        Decision affirmed.  No opinion.

        Peters, P.J., McCarthy, Rose and Devine, JJ., concur.

ORDERED that the decision is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court